DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**STEVEN JERMAINE DIXON,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and **KRISANNE MARIE TAIPALUS**
Appellees.

No. 4D14-1678

[September 17, 2014]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. 2000644165.

Steve Dixon, Loxahatchee, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

We accept the State's concession of error, vacate the Final Administrative Support Order, and remand to the Department of Revenue for further proceedings.

*Reversed and remanded.*

DAMOORGIAN, C.J., STEVENSON and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***